Arthur Elvin **KILLINGER**, Appellant,

v.

**State of IOWA, Appellee.**

**No. 00–2655.**

United States Court of Appeals, Eighth Circuit.

Submitted March 15, 2001.

Filed March 21, 2001.

braska.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Ne-

Before RICHARD S. ARNOLD, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

After a baby died during an arson, Arthur Elvin Killinger was convicted of first-degree murder in violation of Iowa's felony-murder statute. Killinger filed this habeas action arguing the trial court erroneously instructed the jury on the element of malice aforethought required for first-degree murder. Killinger did not object to the instruction at trial or raise the issue on direct appeal or in his state postconviction petition. The district court * denied relief, concluding the issue is procedurally defaulted. The district court rejected Killinger's attempts to excuse the default with ineffective assistance of state-court counsel, and actual innocence. The district court granted a certificate of appealability on the procedural default issue, and Killinger appeals. Having carefully reviewed the record, we agree with the district court's thorough analysis and affirm for

* The Honorable Michael J. Melloy, United States District Judge for the Northern District

the reasons stated by the district court. *See* 8th Cir. R. 47B.